AO 240A (1/94)

4

# United States District Court

United States District Court
Southern District of Texas
ENTERED
NOV 20 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

NOE MENDOZA-BARCENES

Plaintiff

V.

Defendant

UNITED STATES OF AMERICA

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

CASE NUMBER: B-98-153

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is:

☒ GRANTED.

☒ The clerk is directed to file the complaint.

☐ DENIED, for the following reasons:

_____

_____

ENTER this 19 day of November, 19 98.

_Hilda_ _____
Signature of Judicial Officer

HILDA J TAGLE
Name and Title of Judicial Officer
US District Judge