UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOE MENDOZA-BARCENAS | § | |
| | § | |
| VS | § | CASE B-98-153 |
| | § | |
| UNITED STATES OF AMERICA | § | |

MOTION TO REQUEST PERMISSION
TO HOLD PROCEEDING PURSUANT
MOTION FILED UNDER 28 U.S.C 2255

United States District Court
Southern District of Texas
FILED
NOV 25 1998
Michael N. Milby, Clerk of Court

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Noe Mendoza-Barcenas Petitioner herein acting Pro-Se and request permission to hold and/or keep previous Motion filed pursuant 28 U.S.C. § 2255 pending.

Due to miscommunication between Petitioner and Assistance Counsel. Petitioner was not aware of his case been in the Appeals Court for the Fifth Circuit.

Petitioner at this time will like to continue and proceed on the Appeal and with the Assistance of Counsel. Renata A.Gowie at this time Petitioner Prays to this Court will hold and/or allow Petitioner to withdraw Motion pursuant 28 U.S.C. § 2255 without prejudice and to be allowed to proceed and complete the Appeal process at the Court of Appeals for the Fifth Circuit.

Petitioner now presents Copy's of missing letter send to him by Representing Counsel Renata A. Gowie dated May, 1998. That clearly shows Petitioner did not know his case was on Appeal and proceeded to file a Motion to Vacate, Set-Aside, or Correct Sentence pursuant 28 U.S.C. § 2255 see: Table of Exibits

1.

## TABLE OF EXIBITS

EXIBIT ONE (1):    LETTER FROM FEDERAL PUBLIC DEFENDER DATED MAY 19, 1998 RECEIVED OCT 25, 1998

EXIBIT TWO (2):    COPY OF ENVELOPES TRACING PETITIONER

## CERTIFICATE OF SERVICE

I NOE MENDOZA-BARCENAS CERTIFIED THAT ON THIS DAY <u>17TH</u> OF <u>NOVEMBER</u> OF 1998. A COPY OF THIS MOTION AND EXIBITS ATTACH WAS SERVED UPON THE PARTYS INVOLVED, SEE BELOW:

U.S. DISTRICT COURT
U.S. ATTORNEY
U.S. CLERK OF THE DISTRICT COURT

RESPECTFULLY SUBMITTED

*NOE MENDOZA* (signature)
NOE MENDOZA-BARCENAS
REG. NO. 77761-079
P.O. BOX 4200
THREE RIVERS, TEXAS