

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NOE MENDOZA-BARCENAS | * | |
| VS | * | C.A. No. B-98-153 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-98-095) |

### O R D E R

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **April 10, 2000**.

DONE at Brownsville, Texas, this 9th day of February 2000.

Felix Recio
United States Magistrate Judge